IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Shadeana Seagers, Individually and as a Personal Representative of the Estate of Del'quan Seagers, <br><br> Plaintiff, <br><br> vs. <br><br> AMIkids, Inc., and AMIkids Sand Hills, Inc., <br> Defendants. | Civil Action No. 0:17-cv-03434-TMC-PJG <br><br> **<u>ORDER OF TRANSFER TO STATE COURT FOR PURPOSES OF APPROVAL OF SETTLEMENT</u>** |

This matter comes before the Court on the joint motion of the Plaintiff and the defendants, AMIkids, Inc. and AMIkids Sand Hills, Inc. ("Defendants"), seeking an Order to transfer this action to the Probate Court of Charleston County for purposes of approving the settlement of the Wrongful Death and/or Survival actions given the Estate of Del'Quan Seagers, Deceased, is pending in the Probate Court for Charleston County.

The Plaintiff and Defendants have reached a proposed settlement agreement, pending court approval. The authority of this Court to transfer a pending federal court case to state court for purposes of approval of settlement is explicitly authorized by S.C. Code § 15-51-42 (d).

I find that the joint request of the parties to transfer this action to state court for purposes of approval of a Wrongful Death and/or Survival settlement is reasonable and appropriate and hereby grants that request.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is hereby transferred to the Probate Court of Charleston County for approval of a settlement pursuant to S.C. Code § 15-51-42 (d). Further, this Court shall retain jurisdiction for purposes of entering the Order of Dismissal, with prejudice, when the settlement is finalized in the Charleston County

Probate Court.

AND IT IS SO ORDERED.

                                                                                               _s/ Timothy M. Cain_____
                                                                                               Timothy M. Cain
                                                                                               United States District Judge

Dated: January 14, 2019

Anderson, South Carolina